UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD DUNN, | 1:03-cv-06500-REC-LJO-P |
|     Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 6) |
| vs. | **ORDER DISMISSING ACTION AND DIRECTING CLERK TO ENTER JUDGMENT FOR DEFENDANTS** |
| EDWARD ALAMEIDA, et al., | |
|     Defendants. | |

Plaintiff Leonard Dunn ("plaintiff"), a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On September 26, 2005, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed within twenty (20) days. To date, plaintiff has not filed objections to the Magistrate Judge's Findings and Recommendations.

//

1

1   In accordance with the provisions of 28 U.S.C.
2 § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
3 de novo review of this case.  Having carefully reviewed the
4 entire file, the Court finds the Findings and Recommendations to
5 be supported by the record and by proper analysis.
6   Accordingly, IT IS HEREBY ORDERED that:
7   1.  The Findings and Recommendations, filed September 26,
8 2005, is ADOPTED IN FULL; and,
9   2.  This action is DISMISSED, without prejudice, based on
10 plaintiff's failure to obey the court's order of January 26,
11 2004.
12   3.   The Clerk is directed to enter judgment for
13 defendants.
14   IT IS SO ORDERED.
15 **Dated:  October 27, 2005**            **/s/ Robert E. Coyle**
   668554                          UNITED STATES DISTRICT JUDGE

2